**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SEP 10 2014

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Plaintiff, Yulonda Chrystal

vs.

CIV-14-967-L

Defendant. U.S. Foods

## COMPLAINT

The defendant unlawfully retaliated against me, for being involved in a class action law suit against defendant, for not hiring blacks and women. I was placed in the coldest and hardist area to pull orders, resulting in a on-the-job injury and denied reasonable requested accomidations.

The defendant wrongfully terminated me, I was laid of due to on the job injury and being placed on sedetary restrictions. The defendant stated per company policy after 90 day of light duty, an employee goes home on T.T.D. until released by doctor. Other injured associates were not laid off under company policy after 90 days. After I was released to work by Dr. I was informed by defendant, she would not allow me to return because I was pregnant. Defendant also violated Company Policy by not paying T.T.D payments. The defendant refusing to allow me to return to work due to pregnancy, but did not provide modified task, alternative assignments, disability or unpaid leave, or FMLA. The defendant Maliciously stopped T.T.D. payments without a court order. forcing me to close workrs' comp case. The defendant continue malicious acts against me, by tampering with legal court documents, falsifying dates and forging judges signature, then voluntarily sent false document to D.H.S. Tanif worker so I would be denied government assistance after I delivered my babies. Try to force me to accept the settlement offer and drop charges with E.E.O.C.

Yulonda Chrystal
10300 Harvest moon Ave
Oke10 Kla. 73162
(405) 882-4087

NOTE: *Your signature, address and phone number **must** appear at the end of each pleading.*