# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| YULONDA CHRYSTAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:14-cv-967-D |
| | ) |
| U.S. FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Yulonda Chrystal and Defendant US Foods, Inc. file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant have settled this matter and no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ Yulonda Chrystal w/permission | By: /s/Esteban Shardonofsky |
| Yulonda Chrystal | Esteban Shardonofsky (admitted *pro hac vice*) |
| 10300 Harvest Moon Ave. | Texas State Bar No. 24051323 |
| Oklahoma City | SEYFARTH SHAW LLP 700 |
| Oklahoma 73162 | Milam Street, Suite 1400 |
| Telephone: (405) 889-1364 | Houston, Texas 77002-2812 |
| Chrystalyulonda6@gmail.com | Telephone: (713) 225-2300 |
| | Facsimile: (713) 225-2340 |
| PLAINTIFF, PRO SE | sshardonofsky@seyfarth.com |
| | ATTORNEY FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I do hereby certify that on the 14th day of September, 2015, I do hereby certify that I have caused a true and correct copy of the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE to be served upon the following via certified mail return receipt requested and ECF:

Yulonda Chrystal
10300 Harvestmoon Avenue
Oklahoma City, OK 73162

/s/ Esteban Shardonofsky
Esteban Shardonofsky